```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 06-cr-190-01-PB

**Carlos Perez**

### O R D E R

The defendant, through counsel, has moved to continue the November 7, 2006 trial in the above case, citing the need for additional time for new counsel to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

In order to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 7, 2006 to January 9, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 30, 2006 final pretrial conference is continued until December 19, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 30, 2006

cc: Anthony Ortiz, Esq.
    Robert Veiga, AUSA
    United States Probation
    United States Marshal