UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                             Case No. 06-cr-190-PB

Carlos Perez

**O R D E R**

     The defendant has moved to continue the January 4, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations in this matter.  The government does not object to a continuance of the trial date.

     Accordingly, to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from January 4, 2007 to March 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
     The court will hold a final pretrial conference on February

22, 2007 at 3:15 p.m.

     SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

January 3, 2007

cc:  Anthony Ortiz, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal
```