**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                              Case No. 06-cr-190-PB

<u>Carlos Perez</u>

<u>**O R D E R**</u>

    The defendant, through counsel, has moved to continue the March 6, 2007 trial in the above case, citing the need for additional time to finalize a plea agreement. The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties additional time to finalize the plea agreement or properly prepare for trial, the court will continue the trial from March 6, 2007 to April 3, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 22, 2007 final pretrial conference is continued until March 26, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 21, 2007

cc: Anthony K. Ortiz, Esq.
    Robert Veiga, AUSA
    United States Probation
    United States Marshal