```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**	                                    Case No. 06-cr-190-PB

**Carlos Perez**

## O R D E R

The defendant, through counsel, has moved to continue the April 3, 2007 trial in the above case, citing newly appointed counsel and the need for additional time to review discovery and engage in further plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to finalize a plea agreement or properly prepare for trial, the court will continue the trial from April 3, 2007 to July 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 19, 2007 at 3:45 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

March 27, 2007

cc:   Jeffrey Levin, Esq.
      Robert Veiga, AUSA
      United States Probation
      United States Marshal