UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                  Criminal No. 06-cr-190-PB

<u>Carlos Perez</u>

O R D E R

Upon motion by the defendant, to which the government does not object, the judgment dated May 28, 2008 is hereby amended to include the following:

      The Court recommends that the defendant participate in the
      500-hour intensive drug education and treatment program.

SO ORDERED.

October 17 , 2008                                    _/s/ Paul Barbadoro__
                                                                   Paul Barbadoro
                                                                   United States District Judge

cc:    Robert J. Veiga, AUSA
        Jeffrey Levin, Esq.
        U. S. Marshal
        U. S. Probation